Int. Cl.: 35

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 2,098,989

Registered Sep. 23, 1997

## SERVICE MARK
## PRINCIPAL REGISTER

## BEST OF PHOENIX

NEW TIMES, INC. (ARIZONA CORPORATION)
1201 E. JEFFERSON
PHOENIX, AZ 85034

FOR: CONDUCTING INCENTIVE AWARD PROGRAMS TO PROMOTE THE BUSINESS OF RETAIL ESTABLISHMENTS THROUGH THE DEMONSTRATION OF EXCELLENCE IN CUSTOMER SERVICE, QUALITY OF PRODUCTS OR SERVICES, AND GENERALLY IN THEIR FIELD, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 3-28-1979; IN COMMERCE 3-28-1979.

SEC. 2(F).

SER. NO. 75-108,832, FILED 4-18-1996.

G. MAYERSCHOFF, EXAMINING ATTORNEY

Int. Cl.: 35

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 2,842,140
Registered May 18, 2004

## SERVICE MARK
### PRINCIPAL REGISTER

## BEST OF SAN FRANCISCO

NT MEDIA, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1201 EAST JEFFERSON STREET
PHOENIX, AZ 85034

FOR: CONDUCTING INCENTIVE AWARDS PROGRAMS, THE RESULTS OF WHICH ARE PUBLISHED IN A NEWSPAPER OF GENERAL CIRCULATION, WHICH PROMOTE THE BUSINESS OF RETAIL ESTABLISHMENTS THROUGH THE DEMONSTRATION OF EXCELLENCE IN CONSUMER SERVICE, QUALITY OF PRODUCTS OR SERVICES, AND GENERALLY IN THEIR FIELD, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 6-26-1996; IN COMMERCE 6-26-1996.

SEC. 2(F).

SER. NO. 76-285,402, FILED 7-16-2001.

BARBARA A. LOUGHRAN, EXAMINING ATTORNEY

Int. Cls.: **16 and 41**

Prior U.S. Cls.: **2, 5, 22, 23, 29, 37, 38, 50, 100, 101 and 107**

**United States Patent and Trademark Office**

Reg. No. 2,690,516
Registered Feb. 25, 2003

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

### BEST OF SEATTLE

SEATTLE WEEKLY MEDIA, INC. (DELAWARE CORPORATION)
1008 WESTER AVENUE
SUITE 300
SEATTLE, WA 98104

FOR: ANNUAL NEWSPAPER SUPPLEMENTS IN THE FIELD OF LISTING INDIVIDUALS AND BUSINESSES THAT HAVE ACHIEVED EXCELLENCE IN AREAS OF INTEREST TO THE GENERAL PUBLIC, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 10-8-1986; IN COMMERCE 10-8-1986.

FOR: CONDUCTING AWARDS PROGRAMS HONORING INDIVIDUALS AND COMPANIES THAT HAVE DEMONSTRATED EXCELLENCE IN THEIR FIELDS, IN THE QUALITY OF THEIR PRODUCTS AND SERVICES AND IN CUSTOMER SERVICE, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 10-8-1986; IN COMMERCE 10-8-1986.

SEC. 2(F).

SER. NO. 76-381,125, FILED 3-12-2002.

DOMINICK J. SALEMI, EXAMINING ATTORNEY

Int. Cl.: 35

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 2,441,835
Registered Apr. 10, 2001

## SERVICE MARK
### PRINCIPAL REGISTER

## BEST OF ST. LOUIS

NEW TIMES, INC. (ARIZONA CORPORATION)
1201 EAST JEFFERSON STREET
PHOENIX, AZ 85034

FOR: CONDUCTING INCENTIVE AWARD PROGRAMS TO PROMOTE THE BUSINESS OF RETAIL ESTABLISHMENTS THROUGH THE DEMONSTRATION OF EXCELLENCE IN CUSTOMER SERVICE, QUALITY OF PRODUCTS OR SERVICES, AND GENERALLY IN THEIR FIELD, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 11-19-1998; IN COMMERCE 11-19-1998.

SEC. 2(F).

SER. NO. 75-620,592, FILED 1-13-1999.

MARGERY A. TIERNEY, EXAMINING ATTORNEY

Int. Cls.: **16 and 41**

Prior U.S. Cls.: **2, 5, 22, 23, 29, 37, 38, 50, 100, 101 and 107**

United States Patent and Trademark Office

Reg. No. 2,688,355
Registered Feb. 18, 2003

TRADEMARK
SERVICE MARK
PRINCIPAL REGISTER

## BEST OF THE TWIN CITIES

CITY PAGES MEDIA, INC. (DELAWARE CORPORATION)
401 NORTH THIRD STREET
SUITE 550
MINNEAPOLIS, MN 55401

FOR: ANNUAL NEWSPAPER SUPPLEMENTS IN THE FIELD OF LISTING INDIVIDUALS AND BUSINESSES THAT HAVE ACHIEVED EXCELLENCE IN AREAS OF INTEREST TO THE GENERAL PUBLIC, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 6-25-1986; IN COMMERCE 6-25-1986.

FOR: CONDUCTING AWARDS PROGRAMS HONORING INDIVIDUALS AND COMPANIES THAT HAVE DEMONSTRATED EXCELLENCE IN THEIR FIELDS, IN THE QUALITY OF THEIR PRODUCTS AND SERVICES AND IN CUSTOMER SERVICE, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 6-25-1986; IN COMMERCE 6-25-1986.

SEC. 2(F).

SER. NO. 76-381,509, FILED 3-12-2002.

LINDA MICKLEBURGH, EXAMINING ATTORNEY

Int. Cl.: 35

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 3,156,284
Registered Oct. 17, 2006

## SERVICE MARK
### PRINCIPAL REGISTER

# BEST OF BROWARD /PALM BEACH

VILLAGE VOICE MEDIA HOLDINGS, LLC (DELAWARE LTD LIAB CO)
1201 EAST JEFFERSON STREET
PHOENIX, AZ 85034

FOR: CONDUCTING INCENTIVE AWARD PROGRAMS TO PROMOTE THE BUSINESS OF RETAIL ESTABLISHMENTS THROUGH THE DEMONSTRATION OF EXCELLENCE IN CUSTOMER SERVICE, QUALITY OF PRODUCTS OR SERVICES, AND GENERALLY IN THEIR FIELD, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 3-11-1999; IN COMMERCE 3-11-1999.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SEC. 2(F).

SER. NO. 78-509,682, FILED 11-2-2004.

ADA HAN, EXAMINING ATTORNEY

# EX. C.

# Time Out New York

NOVEMBER 3–9, 2011   ISSUE 835   $4.99   TIMEOUTNEWYORK.COM

**Your perfect Thanksgiving**
Everything you need—make plans now

**Can't-miss live shows**
Soul, noise rock and a Mormon opera

**An epic film fest**
See amazing documentaries

# BEST OF NYC
## 50 ESSENTIAL THINGS TO DO

**BE THE KING OF NEW YORK!**
Get our new Foursquare badge—see p. 24

**PLUS! NEW YORK COMEDY FESTIVAL** Pullout guide inside!

G673 R017

SUSAN EIDE
2-01 50TH AVE #2Q     P0054
LONG IS CITY NY 11101-5758    4447-04

#BXNHGQW **********CR-LOT 0008A*C-012
#TMY00034362250/2
00002 26APR12

# THE BEST OF NYC



Remind yourself why this is the greatest city in the world by experiencing the best of it. We've rounded up 50 of our favorite venues and events, ranging from arts and culture to booze and sex. Turn the page and grab your friends; you'll want to visit—or revisit—everything here. Edited by **Sharon Steel**

**WAREHOUSE PARTY**
**Blkmarket Membership**
This nomadic soiree brings top-notch, genre-defying artists, primarily from Europe, to NYC. This Dec 2, look for Germany's groovy, left-field whiz DJ Koze, who returns after making his U.S. debut at a Blkmarket New Year's Eve shindig. The promoters deserve kudos for maximizing their excellent bookings with a booming, crystal-clear sound system, professional lighting rig and extended set times, allowing the DJs the space to treat the crowd to a wild musical journey. *Next event: Fri 4 with Marco Carola. Location TBA, R.S.V.P. to blknov4th@gmail.com (blkmarketmembership.com). 10pm; advance $16.90–$22.50, at the door TBA.*

**PARTY NIGHT TO KISS A STRANGER**
**Lip Service**
House of Scorpio, the kinky offshoot of the Gemini & Scorpio parties, hosts this naughty and nice make-out mixer at the seductively lit Madame X. A happy hour with beer ($4) and suggestively named cocktails like Pussy Galore ($5) will calm your nerves, and games of spin the bottle will break any ice that's left. Attendees must come in pairs or trios to attend. Dress creatively to make it past the door—you'll be mingling with a high-end, artsy clientele looking to lock lips with more of the same. *94 W Houston St between La Guardia Pl and Thompson St (houseofscorpio.com). 10pm; $12, with R.S.V.P. via House of Scorpio's website $8.*

**CONCERT AUDITORIUM**
**Carnegie Hall**
Hard to believe that in 1960, Carnegie Hall was at risk for demolition to make way for one more soulless skyscraper. Thanks to the legendary violinist Isaac Stern, whose name now graces the venue's 2,804-seat main auditorium, the concert hall that once hosted Tchaikovsky (during its

opening-night concert in May 1891), Benny Goodman, Duke Ellington and the Beatles survived. The world's greatest orchestras, instrumentalists and singers continue to honor its three stages (including the gemlike Weill Recital Hall and the chic subterranean Zankel Hall); lately, a growing number of prominent world-music acts and even rock bands have been added to the mix. *154 W 57th St between Sixth and Seventh Aves (212-247-7800, carnegiehall.org).*

### PLACE TO REMEMBER WHY YOU LOVE MANHATTAN The High Line

There's something uniquely New York about this elevated park, the second section of which was completed earlier this year. Built atop an abandoned railway track, the space is ingenious for its use of reclaimed industrial detritus, a necessity in space-starved Manhattan. But what we like best is how the park takes you above the city while still keeping you rooted in urban life: Where else can you walk through a field of wildflowers or sprawl on a lush lawn as cabs zoom along the street beneath you? *From Washington St at Gansevoort St to Tenth Ave at 30th St (thehighline.org). Through Nov 30: Daily 7am–10pm. Beginning Dec 1: Daily 7am–7pm.*

### PLACE TO FORGET THAT YOU'RE IN NEW YORK CITY Fort Tryon Park

This 67-acre expanse was built on land acquired and developed by John D. Rockefeller Jr., who also purchased the New Jersey acreage facing the park to ensure that its vistas would remain beautiful. It's crammed with gardens, forests and other quiet nooks that are perfect for chilling out, and no visit here is complete without a stop by the magical Cloisters, an outpost of the Metropolitan Museum of Art that focuses on medieval works. *Margaret Corbin Circle, Fort Washington Ave at Cabrini Blvd (forttryonparktrust.org).*

### INFORMAL CLASSROOM Brooklyn Brainery

The sessions at this laid-back Kings County school are cheaper and cooler than your typical continuing-education class, which is precisely why we love them. Taught by a team of enthusiasts in various fields—including teachers, chefs, makeup artists and graphic designers—courses run the gamut from practical (how to cut hair, crochet basics) to just plain silly. In October, the Brainery hosted "Disaster Strikes New York," a lecture on the destruction of New York City as depicted in film. We're guessing that's not something you'd learn at NYU. *515 Court St at 9th St, Carroll Gardens, Brooklyn (brooklynbrainery.com).*

### TOURISTY VENUE Empire State Building

No mere sightseeing spot, this 80-year-old landmark is simply one of the most stunning buildings in New York City. Even though more modern skyscrapers have sprung up around it, the building's A flourishes—check out the lobby, restored t original gilded splendor in 2009—and she us to crane our necks and stare upward eve pass by. The views from the building's obs decks (on the 86th and 102nd floors) have a among the city's best. *350 Fifth Ave betwee 34th Sts (212-736-3100, esbnyc.com).*

### VIEW OF NEW YORK CITY Brooklyn Bridge

There are higher vantage points in the cit true panorama, take a stroll across this na landmark. From the midpoint of the mass suspension bridge, you'll have spectacular s most of the city's east side, including Brookl Dumbo and lower Manhattan. Keep an eye other noteworthy sites, such as Governors Statue of Liberty and the Verrazano-Narro Bridge. *Enter at Park Row and Centre St (*

### COLLECTIVE BACKYARD Prospect Park

Urban visionaries Frederick Law Olmste Calvert Vaux designed numerous NYC g spaces—most famously Central Park—b partial to bucolic Prospect Park. Ameniti Long Meadow and Nethermead offer pler space to pull up on a patch of grass and in some people-watching, and the woodlanc

### PLACE TO DANCE YOUR HEART OUT 718 Sessions

Still packing the dance floor after nine years, this monthly tea party's roots go deep, with a vibe (and a crowd) that ha to the scene-starting, dance-all-night '70s club Paradise Garage. Tha this isn't the place to shake your inebriated ass, but you can still brea your best moves to Danny Krivit's selection of soulful house and clas The party gets going as soon as the doors open (encouraged by a seri early-bird discount), and revelers ride a natural high till the last track. *Party House, 96 Lafayette St at Walker St (212-714-4646, santosparty house.com). 6pm–midnight; $20, with flyer or membership card $12, f 100 people before 7pm $5.*



### PLACE TO GAWK AT PRICELESS ART The Metropolitan Museum of Art

You need more than just 24 hours to fully explore the masterworks on display at this venerable institution: The Met's collection is seemingly endless, spanning creepy Egyptian tombs to the shimmering Impressionist paintings to an unparalleled costume collection. During the summer, the Iris and B. Gerald Cantor Roof Garden features a contemporary sculpture exhibit—and doubles as one of NYC's best rooftop bars. *1000 Fifth Ave at 82nd St (212-535-7710, metmuseum .org). Tue–Thu, Sun 9:30am–5:30pm; Fri, Sat 9:30am–9pm. Suggested donation $25, seniors $17, students $12, members and children under 12 free.*

