

# Heat-generating clothing. HEATTECH.

**Lightweight high-tech fabric that works with your body heat to warm you up and keep you warm.**

HEATTECH by UNIQLO, the winter clothing that turns moisture evaporating from your body into heat by itself. Then, air pockets within the fibers keep the warmth close to you. With this fashionable tech, thin and light now means warm. Not to mention an even smoother and softer touch for women's that comes with moisturizing elements, and new fabrics for men's that keep odor away. HEATTECH—wear less, feel warmer.

HEATTECH Turtle Neck Long Sleeve T $19.90



UNIQLO NY 5TH AVE AT 53RD ST / UNIQLO NY 34TH ST BETWEEN 5TH AND 6TH AVE / UNIQLO NY SOHO, 546 BROADWAY BETWEEN SPRING AND PRINCE ST / WWW.UNIQLO.COM   MADE FOR ALL

The **best** of NYC

of the Ravine is a towering forest within bustling Brooklyn. But we also have to give props to Robert Moses: The controversial city planner was behind some of the park's kid-friendly offerings, including the zoo and Wollman Rink (which is scheduled to reopen in late 2012 or early 2013 after an extensive renovation). *Eastern Pkway to Caton Ave, Prospect Park West to Flatbush Ave, Park Slope, Brooklyn (718-965-8951, prospectpark.org).*

## NEW YORK–FOCUSED MUSEUM
### New York Transit Museum

This institution is a reminder of the sheer amount of work required to keep the subway moving—something that's easy to forget in an era of fare increases and service decreases. Exhibits trace the history of public transit in the greater metropolitan region, while the location—a subway station that was decommissioned in the 1940s—allows the museum to showcase its excellent collection of vintage subway cars. *Boerum Pl at Schermerhorn St, Downtown Brooklyn (718-694-1600, mta.info/museum).*

## BIRTHDAY RESTAURANT
### Buvette

You can't make a regular reservation at Jody Williams's charming gastroteque, but savvy diners know to book the long "kitchen table" tucked in the back of the dining room for special gatherings. Under an eye-catching Warren Muller chandelier, groups of 8 to 12 can dig into a homey French feast. The family-style menus, planned entirely in advance by you and your party, center on a shareable dish like roasted chicken, coq au vin or a whole fish—along with appetizers, sides and a party-sized tarte Tatin for dessert. For reservations, e-mail fyi@ilovebuvette.com at least six weeks in advance; minimum cost is $125 per person, excluding drinks. *42 Grove St between Bedford and Bleecker Sts (ilovebuvette.com). Mon–Fri 8am–2am; Sat, Sun 3pm–2am.*

## STORE FOR UPGRADING YOUR WARDROBE ON THE CHEAP Dalaga

This elegant Greenpoint gem, owned by sisters Michelle and Mary Mangiliman, houses stylish clothing and accessories that will refresh your closet without emptying your bank account. Black suede lace-up boots ($115) offer year-round appeal; we also love the unique outerwear, like a tribal-print wrap coat ($145) and carryalls such as woven leather cross-body bags ($78). The shop's best offerings, however, are ladylike dresses: Wrap yourself in a multicolor splattered sleeveless silk frock ($68) or a rosette-bedecked shift ($80), and bring on the compliments. *150 Franklin St between Greenpoint Ave and Kent St, Greenpoint, Brooklyn (718-389-4049, dalaganyc.com)*

## BIRTHDAY BAR
### Employees Only

Arrive early to lay claim to prime barside real estate, and order a round of original cocktails mixed by rascally, white-jacketed gents. Then ask the resident fortune teller to divine your celebrant's future for $20 ("we see Tanqueray No. 10 with… hibiscus cordial and…yes, grapefruit, that's it"). "Silky Sundays" are perhaps the best night for a soiree: Barkeeps swap their jackets for silk PJ's and a burlesque performer drops in at midnight. Volunteer that it's your birthday and you might get a personal dance to boot. *510 Hudson St between Christopher and W 10th Sts (212-242-3021, employeesonlynyc.com). Daily 6pm–4am.*

## DIVE BAR
### International Bar

Wander into this neighborhood joint at any time of day (it opens at 8am Monday through Saturday), and you'll find regulars propping up the bar, making efficient use of the low prices. A draft beer—the six brews on tap include Franziskaner, Guinness and Negra Modelo—will set you back just five bucks; same goes for a two-ounce shot of Evan Williams whiskey and a can of Genesee lager. But don't feel bashful if you're flying solo. The owners (including *TONY* alum Shawn Dahl) have banished televisions to promote friendly banter, and there's always the jukebox packed with Merle Haggard, Detroit Emeralds and Black Flag albums to keep you company. *120 ½ First Ave between St. Marks Pl and E 7th St (212-777-1643, internationalbarnyc.com). Mon–Sat 8am–4am, Sun noon–4am.*

## MUSEUM TO SPEND THE DAY INSIDE
### MoMA

In addition to its unparalleled holdings in 20th- and 21st-century art, MoMA offers cool amenities like its plush movie theater, which has multiple screenings throughout the day. And then, of course there's the MoMA Design Store. Oh, did we mention that besides spending the day, you might be tempted to spend some serious money? *11 W 53rd St between Fifth and Sixth Aves (212-708-9400, moma.org). Mon, Wed, Thu, Sat, Sun 10:30am–5:30pm; Fri 10:30am–8pm. $25, seniors $18, students $14, children under 16 free. For discounts, order your tickets in advance online at moma.org. Fri 4–8pm free. Film tickets free with museum admission; screenings-only admission $12, seniors $10, students $8, children under 16 free.*



## PLACE TO FIND YOUR INNER ZEN Brooklyn Botanic Garden

This Brooklyn oasis boasts relaxed, peaceful grounds ideal for quiet contemplation. Claim a spot near the serene Japanese Hill-and-Pond Garden, surrounded by Japanese myrtle and cypress trees, and bliss out. *Enter on Eastern Pkwy between Underhill and Washington Aves, Prospect Heights, Brooklyn (718-623-7200, bbg.org). Tue–Fri 8am–6pm; Sat, Sun 10am–6pm. Beginning Tue 8: Tue–Fri 8am–4:30pm; Sat, Sun 10am–4:30pm. $10, seniors and students $5, children under 12 free.*



©2011 R.J. Reynolds Tobacco Co.

# CENTRAL POUCH

Smokers, switch to smoke-free **Camel SNUS** and reclaim the world's greatest city. No matter where you go, or what you do, **Camel SNUS** is the perfect tobacco pleasure to enjoy virtually anywhere. **Camel SNUS** — the pleasure's all yours.



Share your support for tobacco freedom at CamelSNUS.com/solution

*WEBSITE RESTRICTED TO AGE 21+ TOBACCO CONSUMERS.

SNUS

# WARNING: Smokeless tobacco is addictive.

## PLACE TO SEE MUSEUM-QUALITY GALLERY SHOWS Gagosian Gallery

The Pace Gallery may have invented this high-end form, but lately, Gagosian Gallery seems to have perfected it. Shows such as "Picasso and Marie-Thérèse: L'Amour Fou," which brought together key works inspired by Picasso's favorite muse and much younger lover, Marie-Thérèse Walter, packed in huge crowds last season. "Malevich and the American Legacy," meanwhile, put the early-20th-century Russian avant-gardist in the company of the big-name American artists—Richard Serra among them—whom he influenced. Both shows proved that you don't have to be MoMA to stage a blockbuster. *980 Madison Ave between 76th and 77th Sts (212-744-2313, gagosian.com). Tue–Sat 10am–6pm.*

## OFF BROADWAY THEATER
### Playwrights Horizons

Give a hearty cheer for this artistic incubator, which has nurtured emerging writers and produced such hits as Bruce Norris's Pulitzer Prize–winning satire, *Clybourne Park* (it jumps to Broadway this spring). Currently on offer is playwright Kirsten Greenidge's New York debut, *Milk Like Sugar* (through Nov 20), revolving around a teenage pregnancy pact. Seat prices are also perfect for the emerging theatergoer: $25 rush tickets for under-30s are available an hour before each performance. *416 W 42nd St between Ninth and Tenth Aves (212-564-1235, playwrightshorizons.org)*

## OFF-OFF BROADWAY FESTIVAL
### Under the Radar at the Public Theater

This venue is already an adored staple of Off Broadway (and rightly so!), but the Public's annual Under the Radar festival this Jan 4 through 15 lends it serious credentials in this category. Last year, the daring international program of experimental theater included offerings from playwrights Suzan-Lori Parks and Richard Maxwell, as well as David Greenspan and funnyman Reggie Watts. The productions for 2012 have yet to be announced, but you're well advised to jump on tickets—you'll be rolling loaded dice. *425 Lafayette St between Astor Pl and E 4th St (212-967-7555, publictheater.org, undertheradarfestival.com)*

## STORE TO BLOW YOUR PAYCHECK IN
### Opening Ceremony

Covetable finds from around the world make Carol Lim and Humberto Leon's Soho boutique a primo place to plunk down a wad of cash. If you're looking for one big-ticket splurge, stick to the racks of luxury threads, such as guys' Patrick Ervell patterned sweaters ($325), and exclusive Rodarte ruffled chiffon dresses ($740). Or scoop up more-affordable goods like indie magazines ($3–$36), toys ($18–$80), CDs ($12–$20) and hip accessories, including Jeremy Scott x Swatch lightning-bolt watches ($70). *35 Howard St between Broadway and Lafayette St (212-219-2688, openingceremony.us)*



## VIEW FROM AN ALL-WEATHER ROOFTOP BAR
### Top of the Strand

Who says rooftop lounges are a summer-only destination? All hail the retractable glass roof, providing a warm viewing platform on crisp, clear fall and winter days. The Strand Hotel's 21st-floor drinkery tops our list because of the uninterrupted sight line of the towering Empire State Building and first-come, first-served benches that offer a front-row seat. Don't let the imposing main attraction blind you to the rest of the skyline—to your left is the lit-up crown of the Setai at 400 Fifth Avenue, and over to your right is the illuminated double-fin roof of the Epic. The price of admission for this light show? Specialty cocktails are $15 and bottles of beer $9. *33 W 37th St between Fifth and Sixth Aves (212-448-1024, topofthestrand.com). Mon, Sun 5pm–midnight; Tue–Sat 5pm–1am.*

## SPA FOR PAMPERING ON THE FLY
### Benefit

The retro, pink-and-white decor of this two-floor flagship beckons beauty buffs inside, where aestheticians stand ready to primp and polish at a moment's notice. At the store's On the Spot! Brow Bar, you can get your brows and lip waxed ($23 and $12, respectively); there's also a private room for bikini hair removal ($34) and spray tanning ($48). Best-selling products like rose-tinted lip and cheek stains ($29) and cream concealers ($26) are also on hand, and a purchase of three will get you complimentary makeup application. *454 West Broadway between W Houston and Prince Sts (212-769-1111, benefitcosmetics.com)*

## STORE TO INDULGE YOUR ANALOG
### OBSESSION Academy Annex

Music fiends can spend hours sifting through the massive selection of new and used seven-inches and LPs at Academy's Williamsburg locale. It's telling that CDs are relegated to a measly display case up front, while the rest of the place is packed to the brim with vinyl. The shop offers a wide selection of genres—garage rock, electronic, jazz, folk and world, to name a few—and stocks up a good amount of releases by local bands and labels. Free in-store performances by the likes of Steve Malkmus, the Black Lips, Thurston Moore and



## BALLET COMPANY
### New York City Ballet

Choosing between NYCB and American Ballet Theatre, NYC's two major ballet players, is a bit like splitting hairs. But if you were to twist our arm, we'd have to say the company with repertory works by George Balanchine and Jerome Robbins and ballerinas Wendy Whelan and Sara Mearns takes it by a whisker, despite Alexei Ratmansky's presence at ABT. Your next chance to see the company in action is the sumptuous production of Balanchine's *The Nutcracker* (Nov 25–Dec 31). *20 Lincoln Center Plaza at 63rd St (nycballet.com)*

# THE RITUAL

— ✳ —

Step Nº 6 : The Beheading

Like any European great, a proper beheading keeps the legend alive. This is because removing large, loose bubbles prevents the Stella Artois from going flat. Such attention is ideal. After all, perfection is in the details.



*She is a thing of beauty*
StellaArtois.com

Always Enjoy Responsibly. © 2011 Anheuser-Busch InBev SA, Stella Artois® Beer, Imported by Import Brands Alliance, St. Louis, MO