# The best of NYC

Kurt Vile make the shopping experience here even sweeter. *96 North 6th St between Berry St and Wythe Ave, Williamsburg, Brooklyn (718-218-8200, academyannex.com). Daily noon–9pm.*

### THEATER TO SEE A MOVIE THAT WILL CHANGE YOUR LIFE
**Film Society of Lincoln Center**
Considering that this classy theater hosts new art-house titles (at its Elinor Bunin Munroe Film Center), rep series and beaucoup festival offerings, you are guaranteed to see something old, something new, something borrowed or maybe even a revival of *Blue Velvet* that will alter the way you watch movies forever. *165 W 65th St between Broadway and Amsterdam Ave (212-875-5600, filmlinc.com)*

### THEATER TO CATCH YOUR FAVORITE OLD MOVIE ON THE SILVER SCREEN
**Film Forum**
Yes, the crowds here are notorious for being a little chatty, but given the exquisite repertory and revival programming—plus gourmet snacks—this tastemaking downtown venue is still your best bet to relive that original thrill of seeing William Powell, Al Pacino or Jean-Paul Belmondo at their larger-than-life best. The schedule is consistently jam-packed with pre-Code oldies, '70s New York crime thrillers and more French classics than you can shake a *baton* at. *209 W Houston St between Sixth Ave and Varick St (212-727-8110, filmforum.org)*

### PLACE TO LAUGH AT FUNNY PEOPLE BEFORE THEY END UP ON SNL
**Upright Citizens Brigade Theatre**
The original members of UCB (Matt Besser, Amy Poehler, Ian Roberts and Matt Walsh) decamped from Chicago to start this NYC offshoot in the mid-'90s, but TV execs began taking notice of the improv venue's rising stars only a few years ago. Now, nearly every sitcom on NBC's Thursday-night lineup—along with Comedy Central favorites like *The Daily Show* and *The Colbert Report*—features performers who honed their craft at the Chelsea venue. We expect the recently opened UCBEast, a stand-up–focused outpost in the East Village, to serve as a similar incubator. *307 W 26th St between Eighth and Ninth Aves (212-366-9176, ucbtheatre.com) • 155 E 3rd St between Aves A and B (212-366-9231, east.ucbtheatre.com)*

### RETRO PARTY Dances of Vice
Nightlife queen Shien Lee broke out of DofV's early Prohibition-era mold and now throws the most creatively themed parties in town, mixing the Baroque with futurism, Dadaism, literary references and the occasional nod to *Back to the Future*. Regulars impress with intricate costumes, but those who show up in sophisticated civvies won't be given a hard time at the door. Regardless of the theme, expect burlesque or circus acts and live music, often in grand spaces like Morningside Castle. After a busy October, the party goes on hiatus until the end of the year; but check out Lee's monthly party, Disko Nouveaux, Le Poisson Rouge *(158 Bleecker St at Thompson St; 212-505-3474, lepoissonrouge.com; Nov 12 10pm–4am; $5)*, a less extravagant, more intimate, new-romantic–goth twist on the DofV recipe. Next event: The Moonlight Circus on Dec 30. *Riverside Church, 490 Riverside Dr between 120th and 122nd Sts (dancesofvice.com). 7pm–midnight; $25.*

### SMALL VENUE FOR CHECKING OUT HEADLINING COMICS
**Carolines on Broadway**
Yes, you'll pay a cover charge, and yes, there's a two-drink minimum. But the pleasure of seeing name comics (Dave Chappelle, Susie Essman, Tracy Morgan and others) in a more intimate setting is worth it. The club also hosts under-the-radar talent, like delightfully filthy Australian jokester Jim Jeffries, who will perform Nov 23 to [...]. *1626 Broadway between 49th and 50th Sts (212-757-4100, carolines.com)*

### LITERARY HOT SPOT
**McNally Jackson Books**
Its warm atmosphere, well-curated selection and convivial café make McNally Jackson a book lover's beacon in Soho. But on a grander scale, the store is a guiding light for brick-and-mortar shops throughout the city. It opened nearly seven years ago amid declining print sales and a multitude of closing indies, stepping forward with an optimistic business plan and thoughtful programming that aspires to offer much more than authors carrying on behind a microphone. McNally's enthusiasm for books and its literary-minded customers have paid off, and it's always looking to improve upon a winning formula. Case in point: It has the city's Espresso Book Machine, which prints a growing number of texts on demand for impatient bibliophiles. *52 Prince St between Lafayette and Mulberry Sts (212-274-1160, mcnallyjackson.com)*

### READING SERIES WITH A TWIST
**Happy Ending Music and Reading Series**
Great authors (and musicians) line up to be a part of Amanda Stern's monthly show at Joe's Pub, in of, or perhaps because of, the fact that they can just hide behind their words. Whether the writer in question is a Pulitzer winner like Jennifer Egan, former New Yorker Jonathan Ames—all scribes here tend to be high-caliber and have to have a book published in order to perform—they'll be required to take a risk onstage. Recently, A.M. Homes serenaded several members of the audience and Jes[...]



### SPOT TO DISCOVER THE NEXT BAND OF THE MOMENT
**Glasslands Gallery**
This Williamsburg space has an amazing track record for booking hyped (or soon to be hyped) indie-rock acts. Earlier this year, glam purveyors the Smith Westerns and '90s revivalists Yuck played here before exploding onto the blogosphere and headlining much bigger venues. Glasslands is the ideal place to attain you-saw-them-when cred—and the DIY decor gives every show the air of a stumbled-upon loft party. *289 Kent Ave between South 1st and 2nd Sts, Williamsburg, Brooklyn (718-599-1450, glasslands.blogspot.com)*



Ball taught the crowd how to steal a book from Barnes & Noble. *Joe's Pub, 425 Lafayette St between Astor Pl and E 4th St (amandastern.com). Next event: Wed 9 at 7pm; $15 plus $12 minimum.*

### PLACE TO REMEMBER WHY YOU LOVE BROOKLYN
**Brooklyn Historical Society**
There's no better spot to trace Kings County's evolution from a Manhattan suburb to a diverse, artist-friendly hub than this Brooklyn Heights institution. Its permanent collection and rotating exhibitions mine the borough's past and present, while assorted events—such as a Brooklyn Brewery beer night or a lecture on the Crown Heights riots—examine the borough's historical, cultural and gastronomic legacies. *128 Pierrepont St at Clinton St, Brooklyn Heights (718-222-4111, brooklynhistory.org). Wed–Fri, Sun noon–5pm; Sat 10am–5pm. $6, seniors and students $4, children under 12 free.*

### GAME NIGHT
**Gameshow Speakeasy**
This five-year-old show relocated to Le Poisson Rouge, but its zany, spontaneous format remains the same. Master of ceremonies Neil O'Fortune runs the proceedings, during which wisecracking panelists from New York's nightlife circuit try to guess the occupations of regular New Yorkers from all walks of life (a Hooters girl and a rocket scientist have challenged attendees in the past). A famous mystery guest also joins the festivities; past celebs have included Zach Galifianakis and Martha Plimpton. *Le Poisson Rouge, 158 Bleecker St at Thompson St (212-505-3474, lepoissonrouge.com). Third Friday of every month 8pm; $5.*

### NOT-BORING LECTURE
**92nd Street Y and 92YTribeca**
Whether you're seeking a literary conversation, stimulating analysis of current events or an evening of sing-alongs, this 137-year-old organization has you covered. Offerings at the 92nd Street Y's younger sibling, 92YTribeca, are typically quirkier and cheaper and often include a beer. Three cheers for uptown and downtown culture. *1395 Lexington Ave between 91st and 92nd Sts (212-415-5500, 92y.org)* • *200 Hudson St at Canal St (212-601-1000, 92ytribeca.org)*

### BAR TO SING YOUR HEART OUT IN FRONT OF STRANGERS (IN A GROUP)
**Marie's Crisis Café**
This small, basement piano bar needs no gimmicks to coax rousing choruses from its patrons. Named in part after "The Crisis" by Thomas Paine, who died in the abode where the bar is now located, and Marie's, a house of ill repute that once existed at the site, the beloved dive attracts Broadway babies from all over the city. Every night, a pianist mines the Great American Songbook well into the wee hours. *59 Grove St between Seventh Ave South and Bleecker St (no phone). Daily 4pm–4am.*

### BAR TO SING YOUR HEART OUT IN FRONT OF STRANGERS (SOLO)
**The Duplex**
The city is rife with karaoke bars, but why settle for a prerecorded track when you can be accompanied by live pianists? Aspiring performers mix with regulars, tourists and occasional celebrity drop-ins on the first floor of this beloved watering hole, a West Village institution for more than half a century. The repertoire runs from classic rock and Broadway to modern pop; the chummy singing bar staff make everyone feel welcome at the mike. Just scrawl your name and request on a napkin, leave it atop the baby grand and wait for your shot at cabaret glory. *61 Christopher St at Seventh Ave South (212-255-5438, theduplex.com). Daily 9pm–4am.*

### YEAR-ROUND MARKET
**Brooklyn Flea**
No matter the season, this weekend bazaar brings together 150 local vendors carrying all manner of vintage, handmade and antique wares. Depending on the day, the treasure trove may consist of Cold Picnic's cool-kid accessories, like printed tube bracelets ($50), and Daily Memorandum's old rustic furnishings, including twig baskets ($65) and wooden crates ($10). Of course, there's also the droolworthy munchies: We're fans of the artisanal grilled cheese sandwiches ($5.75–$7.50) from Milk Truck and oat-and-peanut-butter sandwich cookies (one dozen $15) from the Good Batch. The Flea will move to its winter location on Nov 26; check the website for more info. *176 Lafayette A between Clermont and Vanderbilt Aves, Fort Greene, Brooklyn. Sat 10am–5pm.* • *East River Waterfront between North 6th and 7th Sts, Williamsburg, Brooklyn. Sun 10am–5pm.* • *brooklynflea.com*

### HOTEL FOR A STAYCATION
**Gansevoort Park Avenue**
There may be newer boutique hotels featuring terrace pools and conveniently placed cocktail b but the trailblazing Gansevoort (which opened i original location in the Meatpacking District in 2004) has truly perfected the urban-resort concep The tri-level rooftop pleasure complex at the plu Park Avenue location is a year-round oasis: Rela in a glassed-in area by the pool, kept at a balmy 8 degrees, then swim through the warm water to t in an open view of the Empire State Building bef a night of loungehopping in the deejayed five-ba space. Counteract the damage the next morning with a yoga class ($23) and massage (starts at $9



### PLACE TO HANG OUT WITH CUTE LESBIANS Cubbyhole
Ladies come from all over town—and the 'burbs—to meet, drink and be merry at this aptly named, cozy lesbian bar (though you'll always find at least a few boys in the mix). There's no attitude here, just lots of paper lanterns and holiday decorations, so strike up a conversation with the sexy lady at the jukebox. You might get lucky—or at least make a new friend. *281 W 12th St at 4th St (212-243-9041, cubbyholebar.com)*

### ...AND CUTE GAY BOYS Nowhere
This East Village dive is one of the more friendly homo haunts in town; when you feel like chatting up new folks (not standing in a stranger-blocking circle with your pals), it's a reliably good bet. While you're likely to find cuties here most nights, Damian Cote's long-running Buddies party every Tuesday is especially packed with adorable East Village and Brooklyn boys. *322 E 14th St between First and Second Aves (212-477-4744*

PHOTOGRAPHS: CUBBYHOLE: MICHAEL KIRBY SMITH; NOWHERE: JENA CUMBO

for 30 minutes) at the on-site Exhale spa. *420 Park Ave South at 29th St, enter on 29th St (212-317-2900, gansevoortpark.com). Rates start at $285.*

### PLACE TO REMEMBER WHY YOU LOVE QUEENS
### Flushing Meadows–Corona Park

There's plenty to keep you occupied at this 1,255-acre destination, even when the Mets aren't in town. Among the diverse offerings are the New York Hall of Science, the Billie Jean King National Tennis Center (home to the US Open) and the iconic Unisphere. See the city rendered in miniature at the Queens Museum of Art, home to the *Panorama of the City of New York* installation, which was created for the 1964 World's Fair. *111th St to College Point Blvd between Whitestone Expwy and Grand Central Pkwy, Queens (718-760-6565, nycgovparks.org/parks/fmcp). Daily 6am–1am.*

### PLACE TO REMEMBER WHY YOU LOVE THE BRONX
### Bronx Museum of the Arts

Immerse yourself in the history and culture of the Boogie Down at this uptown treasure, which focuses on the work of underrepresented artists, as well as those based in the borough. The museum places equal weight on forms such as graffiti art and folk-art–inspired paintings, as well as more conceptual art. Don't miss the lively First Friday parties, which offer films, musical performances and lectures. *1040 Grand Concourse at 165th St, Bronx (718-681-6000, bronxmuseum.org). Thu, Sat, Sun 11am–6pm; Fri 11am–8pm. $5, seniors and students $3, children under 12 free. Fridays free.*

### PLACE TO REMEMBER WHY YOU LOVE STATEN ISLAND Freshkills Park

When this former landfill's transformation is completed in 2036, the space will be three times bigger than Central Park. Until then, the park inspires visitors with the possibilities of the future: If 60 years of garbage can become usable parkland, then surely there's hope for greening other spots in the city. Get a look at the site during a two-hour bus excursion led by the NYC Parks Department, focusing on the land's history and redevelopment. *Richmond Ave between Arthur Kill Rd and Travis Ave, Staten Island (nyc.gov/parks). Tours only.*

### SPOT TO DISCOVER YOUR NEW FAVORITE HOBBY
### Museum of Arts and Design

The craft-art-and-design-focused museum gives you an up-close view of its artisans-in-residence during its daily open studio. Artists in MAD's sixth-floor studio utilize diverse methods such as ceramics, wood carving and paper sculpture. Watch them create something, and get inspired to make some art of your own. Interactive workshops, like the electronics-focused Hacking with NYC Resistor, provide more hands-on training from the experts. *2 Columbus Circle at Broadway (212-299-7777, madmuseum.org). Tue, Wed, Sat, Sun 11am–6pm; Thu, Fri 11am–9pm. $15, seniors and students $12, members*

and children 12 and under free. Thu, Fri 6–9pm pay what you wish.

### WATERFRONT
### Brooklyn Bridge Park

Located at the feet of the Manhattan and Brooklyn Bridges, this space gives visitors a unique view of the lower Manhattan skyline (it's a bit like sitting in the front row at an IMAX movie). The park, built on former industrial and commercial sites, has a strong focus on waterfront access: Aquatic features, such as a salt marsh filled with native smooth cordgrass, showcase the East River's naturalistic side. One recent riverside addition is Jane's Carousel, open from 11am to 7pm until Sat 5 *(Sun 6–Apr 5: Thu–Sun 11am–6pm; $2, children under 3 or under 42" tall free with paying adult)*, a restored, wood-carved ride from 1922 housed in a transparent acrylic pavilion. *Main St (Fulton Ferry Landing), Dumbo, Brooklyn (718-802-0603, brooklynbridgeparknyc.org). Daily 6am–1am.*



### NAUGHTIEST BURLESQUE SHOW !BadAss! Burlesque

The performances at this bimonthly revue aren't the playful, teasing kind; they're perverse and raunchy, catering to a crowd that skews toward dreadlocked rockers. If you've ever wanted to see Audrey Hepburn pulling a long string of pearls from her unmentionables, then this is the show for you. Impresario Velocity Chyaldd's band, Vulgaras, often opens each event, setting the tone with mournful torch songs. Look for familiar faces from other NYC burly-Q stages, like Gal Friday and Jo Boobs, who put provocative twists on their established acts. *Theater 80, 80 St. Marks Pl between First and Second Aves (212-388-0388, badassburlesque.com). Dec 17 11pm–3am; $15.*

### SKATING RINK
### Wollman Skating Rink

This locale has some stiff competition for the top spot, but Central Park's iconic pond features the largest skating surface of any midtown rink—at 30,800 square feet, there's plenty of room to glide around. Plus, there's an awe-inspiring view, with the city's skyscrapers peeking over the surrounding trees. *Central Park, enter at W 59th St and Sixth Ave (212-439-6900, wollmanskatingrink.com). Mon, Tue 10am–2:30pm; Wed, Thu 10am–10pm; Fri, Sat 10am–11pm; Sun 10am–9pm. $10.75–$16, seniors $4.75–$8.25, children 12 and under $5.75–$6.00; skate rental $6.75.*

*Contributors: Amanda Angel, David Fear, Andrew Frisicano, Howard Halle, Ethan LaCroix, Matthew Love, Tim Lowery, Amy Plitt, Lisa Ritchie, Kristina Rodulfo, Jonathan Shannon, Steve Smith and Sarah Theeboom*



**Are you the King of New York?**
Follow us on Foursquare and unlock the King of New York badge when you check-in to places on our Best of NYC list. And see how you stack up against the rest of the city on our real-time leaderboard. Find out more at newyork.timeout.com/bestofnyc.

# EX. D.