Time Out Worldwide | New York Kids | Boston | Chicago | Travel | Book store        Subscribe to Time Out New York | Subscriber Services





Interest Based Ad

▷ **Sales – Preset ...**
About the Job Crescent
Processing Company is ...
New York, NY

▷ **Merchandise Ana...**
The Merchandise Location
A...
Ann, Inc
New York, NY

▷ **PHYSICIANS ASSI...**
Days, 7am-7pm General Medi...
Continuum Health...
Manhattan, NY

**HOT TOPICS**  Thanksgiving   Cool-weather eats   Five things to do today
Best free events   Sex poll results

Things to Do | Arts + Culture | Music + Nightlife | Restaurants + Bars | Shopping + Style | Sex + Dating

Find an event  [All events ▾]  [All times ▾]  [Any neighborhood ▾]  Go

Search

Best of the week

Best things to do this week
Miranda July reads, Ira Glass
interviews God's...

Best winter bars

10 must-try cocktails

Apartment tour

Today's weather  68°

Recommended events by date

**14** MON  **15** TUE  **16** WED  **17** THU  **18** FRI  **19** SAT  **20** SUN

All events on Monday

8 FREE ISSUES
SUBSCRIBE NOW

## Best things to do this week
Miranda July reads, Ira Glass interviews God's memoirist, a gay icon is exhibited, and more

### Music

**Brooklyn Babylon at BAM**
Youth Lagoon
Fishbone
The Kin

See more music

### Restaurants & Bars

**The season's best game**
La Mar Cebicheria Peruana
Thanksgiving 2011
Best holiday pies

See more restaurants & bars

### Shopping

**Sales and shopping events**
New stores
Stylish drink ware
Apartment tour: 1BR in the Financial District

See more shopping

### Theater

**Hugh Jackman, Back on Broadway**
Venus in Fur
Other Desert Cities
Queen of the Mist

See more theater

## The Lists
Best new restaurants
Best hidden gems in the NYC art scene
Best movie theaters for date nights
Best burgers
Best cheap rock venues
Best sushi restaurants
Best theater bars and cafes
Best places to see fall leaves
Best game nights

### Film

**Immortals**
Melancholia
J. Edgar
Into the Abyss

See more film

### Nightlife

**The week's 5 best parties**
After-dark inquiry:
Sepalcure's Praveen
Sharma
Naked Girls Reading: Pirates
Versus Ninjas

See more nightlife

### Art

**Top 20 paintings at MoMA**
Jacob Feige, "From the Bellona Museum of Natural History"
Rebecca Horn, "Ravens Gold Rush"

See more art

### Things to Do
**New-York Historical Society reopens**
Personal museums
Rolex Arts Weekend
Street fairs: Nov 10–16

See more things to do

## Most popular

[Viewed] [Shared] [Commented]

1. Your perfect Saturday
2. #100best dishes and drinks
3. The 50 best documentaries of all time
4. Best of NYC
5. Apartment tour: 1BR in the Financial District
6. Food porn: #100best dishes and drinks 2011
7. 101 things to do in New York City in the fall
8. The 50 best movie villains of all time
9. Sex poll 2011 results
10. Photos: Kink 101 at the Museum of Sex (NSFW)

### Top stories


**Best of NYC 2011**
50 essential venues and events, ranging from arts and culture to booze and sex. Grab your friends; you'll want to visit—or revisit—everything here.

### On the blogs

**OWN THIS CITY**
LIFE IN NEW YORK

Photos: 2011 Quidditch World Cup
posted at 12:50pm


### Video: Joke frenzy
In honor of the New York Comedy Week, some of TONY's favorite up-and-coming comics do stand-up in their bedrooms.


### The ultimate guide to fall
Take advantage of the season's offerings: We've got miniguides to fall foliage, delicious drinks, cool parties and more of autumn's best things to do.


### Apartments: Fall 2011
What's out there now, from big deals to luxe views. Plus: What to do before you move—and how to save enough dough to buy.


### #100best dishes and drinks
Foie gras waffles, mind-bending cocktails and NYC's finest sweets. Start eating—and tweeting—your way through our list now.

### Date these singles
We've got a hot bachelor or bachelorette for you. Plus, they reveal their favorite fall dates—all you have to do is ask them out.

See more top stories

## What's on at...


**Museum of Modern Art (MoMA)**


**Bowery Ballroom**


**Whitney Museum of American Art**

---

The BAM's Gilman Opera House offers alt-comics a grand platform
*posted at 10:56am*
Read full blog

## THE FEED
### EATING AND DRINKING

The Feed openings: Corkbuzz Wine Studio, JoeDough and more
*posted at 9:22am*

The Feed first look: JoeDough Sandwich Shop
*posted at 3:56pm*
Read full blog

## Upcoming events

 **Nov 5–8: Jay-Z and Kanye West: Watch the Throne**

Nov 9–13: The New York Comedy Festival

Nov 23: The Muppets

See more upcoming events

### TONY newsletters
TONY picks, sent straight to your inbox
☐ daily
☐ best of the week
☐ dining
☐ music
☐ theater
☐ shopping & style

### Recent Tweets

Beckett beckons! Our own @DavidCote reviews director Peter Brook's Beckett anthology, FRAGMENTS: http://t.co/rarW8cix
*About 36 min ago*

The progressive (and soon to be massive) @freshkillspark will remind you why you love Staten Island: http://t.co/GcUyZzEo #bestofnyc *About 1 hour ago*

#freenyc: @TrivWorks at @BellHouseNY, music writers talk Mick & Keef at @HousingWorksBks, burlesque w/ @CalamityChang: http://t.co/VvXgzEJM
*About 1 hour ago*

Follow us

---





SPONSORED

Events, activities and things to do in New York City – Time Out New York
Case 1:11-cv-08245-DAB   Document 1-4   Filed 11/15/11   Page 3 of 14
11/14/11 5:26 PM

## Subscribe and Save

Get *Time Out* for just 43¢ per issue!
SUBSCRIBE NOW >>

## More New York


**Holidays in New York City**
TONY's guide to your best yuletide yet with Christmas trees, holiday markets, snowball fights and more—all the best things to do this season are right here.


**Free things to do in New York City**
Gratis events, arts and culture to keep your calendar booked.


**Best neighborhoods 2011**
Experience the coolest things to do in 12 diverse New York City 'hoods.


**101 things to do in New York City in the fall**
Seasonal classics and essential culture.


**101 things to do for $10 or less**
One mere Alexander Hamilton can get you cultured, pampered or entertained in NYC—just ask *Community* star Joel McHale.

## Subscription center

 **Give a gift**

Subscription services

## Slide shows


**Webster Hell (NSFW)**


**The 39th Annual Village Halloween Parade**


**Saturday's Halloween parties**

See more slide shows

## Subscribe now! Save 91%!

For just $19.99 a year, you'll get hundreds of listings and free events each week, plus our special issues and guides, including Cheap Eats, Great Spas, Fall Preview, Holiday Gift Guide and more!

Save 91% off the cover price!

---

**Connect**   Facebook | Twitter | Tumblr | Foursquare | iPhone app

**Info**   Terms + Conditions | Privacy Policy | About Us | Media Kit + Advertising | Get Listed | We're Hiring | Subscribe | Subscriber Services

**Blogs**   Own This City | Upstaged | The Feed | The Volume

## More Time Out

Time Out New York Kids | Time Out Boston | Time Out Chicago | Time Out London | Time Out store

## Site Sections

| Things to Do | Arts + Culture | Music + Nightlife | Restaurants + Bars | Shopping + Style | Sex + Dating |
|---|---|---|---|---|---|
| This Week in New York | Art | Classical & Opera | Bars | Apartments / Home Design | |
| New York Neighborhoods | Books | Comedy | Restaurants | Shopping | |
| NYC in Photos | Dance | Music | The Feed blog | Spas & Salons | |
| NYC in Video | Film | Nightlife | | Sports & Fitness | |
| New York Sights | Gay & Lesbian | | | | |
| New York Deals | Museums | | | | |
| New York Critics Picks | Theater | | | | |
| Travel & Hotels | | | | | |
| New York for visitors | | | | | |
| Own This City blog | | | | | |

Copyright © 2000-2010 Time Out New York

Time Out Worldwide | New York Kids | Boston | Chicago | Travel | Book store       Subscribe to Time Out New York | Subscriber Services



HOT TOPICS  Thanksgiving  Cool-weather eats  Five things to do today
Best free events  Sex poll results

Things to Do    Arts + Culture    Music + Nightlife    Restaurants + Bars    Shopping + Style    Sex + Dating

Find an event  [All events ⇕]  [All times ⇕]  [Any neighborhood ⇕]  Go

## Things to Do

Today's weather  69°

### The best of NYC 2011

Remind yourself why this is the greatest city in the world by experiencing the best of it. We've rounded up 50 of our favorite venues and events, ranging from arts and culture to booze and sex. Grab your friends; you'll want to visit—or revisit—everything here.  *Edited by Sharon Steel*



Comments (1)
**Categories**
Arts + Culture, Restaurants & Bars, Shopping & Style, Music + Nightlife, Things to do
**Good For**
Classic New York

Like  1k
2



Best place to dance your heart out: 718 Sessions

### The Lists
Best free museums
Best karaoke
Best bowling alleys
Best flea markets
Best game nights
Best places to hang out outdoors
Best places to see cool lectures
New York's best gardens

### Most popular in Things to Do
Viewed | Shared | Commented

1. Your perfect Sunday
2. Holidays in New York City
3. Thanksgiving in New York City
4. NYC street fairs guide: Nov 17–23
5. Your perfect weekend
6. The best of NYC 2011
7. Your perfect Saturday
8. Best of NYC
9. 101 things to do in New York City in the fall
10. Photos: Kink 101 at the Museum of Sex (NSFW)

**Place to dance your heart out:** 718 Sessions
Still packing the dance floor after nine years, this monthly Sunday tea party's roots go deep, with a vibe (and a crowd) that harks back to the scene-starting, dance-all-night '70s club Paradise Garage. That means this isn't the place to shake your inebriated ass, but you can still break out your best moves to Danny Krivit's selection of soulful house and classics. The party gets going as soon as the doors open (encouraged by a serious early-bird discount), and revelers ride a natural high till the last track. *Santos Party House, 96 Lafayette St at Walker St (212-714-4646, santospartyhouse.com). 6pm–midnight; $20, with flyer or membership card $12, first 100 people before 7pm $5.*

**Place to find your inner Zen:** Brooklyn Botanic Garden
This Brooklyn oasis boasts relaxed, peaceful grounds ideal for quiet contemplation. Claim a spot near the serene Japanese Hill-and-Pond Garden, surrounded by Japanese myrtle and cypress trees, and bliss out. *Enter on Eastern Pkwy between Underhill and Washington Aves, Prospect Heights, Brooklyn (718-623-7200, bbg.org). Tue–Fri 8am–6pm; Sat, Sun 10am–6pm. Beginning Tue 8: Tue–Fri 8am–4:30pm; Sat, Sun 10am–4:30pm. $10, seniors and students $5, children under 12 free.*

**Store for upgrading your wardrobe on the cheap:** Dalaga
This elegant Greenpoint gem, owned by sisters Michelle and Mary Mangiliman, houses stylish clothing and accessories that will refresh your closet without emptying your bank account. Black suede lace-up boots ($115) offer year-round appeal; we also love the unique outerwear, like a tribal-print wrap coat ($145) and carryalls such as woven leather cross-body bags ($78). The shop's best offerings, however, are ladylike dresses: Wrap yourself in a multicolor splattered sleeveless silk frock ($68) or a rosette-bedecked shift ($80), and bring on the compliments. *150 Franklin St between Greenpoint Ave and Kent St, Greenpoint, Brooklyn (718-389-4049, delaganyc.com).*

**Place to hang out with cute lesbians:** Cubbyhole
Ladies come from all over town—and the 'burbs—to meet, drink and be merry at this aptly named, cozy lesbian bar (though you'll always find at least a few boys in the mix). There's

no attitude here, just lots of paper lanterns and holiday decorations, so strike up a conversation with the sexy lady at the jukebox. You might get lucky—or at least make a new friend. *281 W 12th St at 4th St (212-243-9041, cubbyholebar.com)*

**...and cute gay boys:** Nowhere
This East Village dive is one of the more friendly homo haunts in town; when you feel like chatting up new folks (not standing in a stranger-blocking circle with your pals), it's a reliably good bet. While you're likely to find cuties here most nights, Damian Cote's long-running Buddies party every Tuesday is especially packed with adorable East Village and Brooklyn boys. *322 E 14th St between First and Second Aves (212-477-4744).*

**Naughtiest burlesque show:** !BadAss! Burlesque
The performances at this bimonthly revue aren't the playful, teasing kind; they're perverse and raunchy, catering to a crowd that skews toward dreadlocked rockers. If you've ever wanted to see Audrey Hepburn pulling a long string of pearls from her unmentionables, then this is the show for you. Impresario Velocity Chyaldd's band, Vulgaras, often opens each event, setting the tone with mournful torch songs. Look for familiar faces from other NYC burly-Q stages, like Gal Friday and Jo Boobs, who put provocative twists on their established acts. *Theater 80, 80 St. Marks Pl between First and Second Aves (212-388-0388, badassburlesque.com). Dec 17 11pm–3am; $15.*

**Spot to discover the next band of the moment:** Glasslands Gallery
This Williamsburg space has an amazing track record for booking hyped (or soon to be hyped) indie-rock acts. Earlier this year, glam purveyors the Smith Westerns and '90s revivalists Yuck played here before exploding onto the blogosphere and headlining much bigger venues. Glasslands is the ideal place to attain you-saw-them-when cred—and the DIY decor gives every show the air of a stumbled-upon loft party. *289 Kent Ave between South 1st and 2nd Sts, Williamsburg, Brooklyn (718-599-1450, glasslands.blogspot.com)*

**Place to gawk at priceless art:** The Metropolitan Museum of Art
You need more than just 24 hours to fully explore the masterworks on display at this venerable institution: The Met's collection is seemingly endless, spanning creepy Egyptian tombs to the shimmering Impressionist paintings to an unparalleled costume collection. During the summer, the Iris and B. Gerald Cantor Roof Garden features a contemporary sculpture exhibit—and doubles as one of NYC's best rooftop bars. *1000 Fifth Ave at 82nd St (212-535-7710, metmuseum.org). Tue–Thu, Sun 9:30am–5:30pm; Fri, Sat 9:30am–9pm. Suggested donation $25, seniors $17, students $12, members and children under 12 free.*

**Retro party:** Dances of Vice
Nightlife queen Shien Lee broke out of DofV's early Prohibition-era mold and now throws the most creatively themed parties in town, mixing the Baroque with futurism, Dadaism, literary references and the occasional nod to *Back to the Future*. Regulars impress with intricate costumes, but those who show up in sophisticated civvies won't be given a hard time at the door. Regardless of the theme, expect burlesque or circus acts and live music, often in grand spaces like Morningside Castle. After a busy October, the party goes on hiatus until the end of the year, but check out Lee's monthly party, Disko Nouveaux, at Le Poisson Rouge *(158 Bleecker St at Thompson St; 212-505-3474, lepoissonrouge.com; Nov 12 10pm–4am, $5)*, a less extravagant, more intimate, new-romantic–goth twist on the DofV recipe. Next event: The Moonlight Circus on Dec 30. *Riverside Church, 490 Riverside Dr between 120th and 122nd Sts (dancesofvice.com). 7pm–midnight; $25.*

**Ballet company:** New York City Ballet
Choosing between NYCB and American Ballet Theatre, NYC's two major ballet players, is a bit like splitting hairs. But if you were to twist our arm, we'd have to say the company with repertory works by George Balanchine and Jerome Robbins and ballerinas Wendy Whelan and Sara Mearns takes it by a whisker, despite Alexei Ratmansky's presence at ABT. Your next chance to see the company in action is the sumptuous production of Balanchine's *The Nutcracker* (Nov 25–Dec 31). *20 Lincoln Center Plaza at 63rd St (nycballet.com)*

1 2 3 4 5 next

November 2, 2011

Comment  Email  Share on  StumbleUpon  Digg  Print



**OLIVIA STORED 40 TONS OF FOOD IN THE FREEZER.**

She took out her credit card and made a donation. Which paid for the freezer that stores the food that feeds people in need all over New York City. To do what Olivia did, click.



cityharvest.org

SPONSORED

## Comments

This site is really beautiful, I have done everything, to find out. Congratulations to the "Creator" of this site. Very pleasant.

By horoscope (not verified) on 11/12/2011 at 4:52 am

Have an Opinion? Let's hear it   Comment

## Also check out


Food porn: #100best dishes and drinks 2011


NYC Rock 2011: The top 25 New York City bands


Best neighborhood for...





## Subscribe now! Save 91%!

For just $19.99 a year, you'll get hundreds of listings and free events each week, plus our special issues and guides, including Cheap Eats, Great Spas, Fall Preview, Holiday Gift Guide and more!

Save 91% off the cover price!

| | | | | | |
|---|---|---|---|---|---|
| Connect | Facebook | Twitter | Tumblr | Foursquare | iPhone app |
| Info | Terms + Conditions | Privacy Policy | About Us | Media Kit + Advertising | Get Listed | We're Hiring | Subscribe | Subscriber Services |
| Blogs | Own This City | Upstaged | The Feed | The Volume |
| More Time Out | Time Out New York Kids | Time Out Boston | Time Out Chicago | Time Out London | Time Out store |

| Site Sections | Things to Do | Arts + Culture | Music + Nightlife | Restaurants + Bars | Shopping + Style | Sex + Dating |
|---|---|---|---|---|---|---|
| | This Week in New York | Art | Classical & Opera | Bars | Apartments / Home Design | |
| | New York Neighborhoods | Books | Comedy | Restaurants | Shopping | |
| | NYC in Photos | Dance | Music | The Feed blog | Spas & Salons | |
| | NYC in Video | Film | Nightlife | | Sports & Fitness | |
| | New York Sights | Gay & Lesbian | | | | |
| | New York Deals | Museums | | | | |
| | New York Critics Picks | Theater | | | | |
| | Travel & Hotels | | | | | |
| | New York for visitors | | | | | |
| | Own This City blog | | | | | |

Copyright © 2000-2010 Time Out New York

# EX. E.

<table>
<tr><td>Admitted in:<br>ARIZONA, COLORADO AND TEXAS</td><td>STEVEN P. SUSKIN<br>ATTORNEY AT LAW<br>1201 EAST JEFFERSON STREET<br>SUITE 100<br>PHOENIX, ARIZONA 85034<br><br>(602) 229-1005</td><td>TELECOPIER: (602) 744-6525<br>e-mail: steve.suskin@newtimes.com</td></tr>
</table>

November 9, 2011

**SENT VIA E-MAIL & U.P.S.**

Alison Tocci
Time Out New York
475 Tenth Avenue, 12th Floor
New York, NY 10018
*alison.tocci@timeoutna.com*

Jeffrey H. Greene
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016-1301
*jgreene@foley.com*

RE:   Trademark Infringement – BEST OF NYC

Dear Ms. Tocci:

I am counsel for Village Voice Media Holdings, LLC ("VVMH") and advise you of the following.

VVMH is the registered owner of the BEST OF NYC® trademark in the United States in association with a wide variety of wares and services in the publishing and entertainment industries. As such, the BEST OF NYC® trademark is registered since August 5, 2008 with the United States Patent and Trademark Office under Registration Number 3,479,806. VVMH, through its licenses and/or predecessors in interest, has used the mark since at least as early as September, 1999. As a result of this longstanding and continuous use, there is a significant amount of goodwill in the mark as the result of considerable time and resources invested in developing such goodwill.

It has come to our attention that your publication, *Time Out New York*, and website, *newyork.timeout.com*, are using in its print and on-line publications my client's BEST OF NYC® mark (see enclosure – screenshots). The use of VVMH's trademark was unauthorized and therefore, violates VVMH's rights. Your use of BEST OF NYC® in association with electronic or printed publications infringes VVMH's trademarks as it creates confusion on the market and dilutes VVMH's trademark.

November 9, 2011
Page 2

VVMH will not tolerate such a deliberate infringement of its rights.

I therefore put you on formal legal notice to:

1.  immediately refrain from further misappropriating and using BEST OF NYC® alone or in any combination as a trademark, trade name or otherwise;
2.  immediately change the website *newyork.timeout.com* as well as any other website, signage, promotional and any other materials which contain BEST OF NYC ® or any confusingly similar name or mark;
3.  provide the undersigned attorney with a written undertaking that you have complied and will continue to comply with paragraphs 1 and 2 above.

Please be advised that, should you fail to comply with the above within five (5) days of the receipt of the present letter, we have been instructed to take any and all further action we deem necessary, including seeking a Court order providing relief by the way of injunction and recovering damages without further notice.

This letter is sent without prejudice to our client's rights and remedies, all of which are expressly reserved.

DO GOVERN YOURSELF ACCORDINGLY.

Very truly yours,

*Scott Spear for Steven P. Suskin*
Steven P. Suskin
Attorney At Law

cc:  Scott Spear, VP-Operations & Secretary, Village Voice Media Holdings, LLC
Josh Fromson, Publisher, Village Voice, LLC
Marisa Fariña, Group Publisher/EVP, Time Out New York
Tony Elliott, Chairman, Time Out
David King, Chief Executive Officer, Time Out
David Pepper, Digital Managing Director, Time Out

ATTACHMENT 1

Time Out Worldwide | New York Kids | Boston | Chicago | Travel | Book store          Subscribe



HOT TOPICS  Thanksgiving   New York Comedy Festival   DOC film fest
             Five things to do today   Best free events

Things to Do    Arts + Culture    Music + Nightlife    Restaurants + Bars    Shopping + Style    Sex + Dating

Find an event  [All events]  [All times]  [Any neighborhood]

# Things to Do

Today's weather   57°

## Best of NYC
50 essential things to do. Plus, be the King of New York!



**Categories**
Arts + Culture, Restaurants &
Bars, Shopping & Style,
Music + Nightlife, Things to
do

**Good For**
Classic New York

 4

Like  124

### The Lists
Best free museums
Best karaoke
Best bowling alleys
Best flea markets
Best game nights
Best places to hang out outdoors
Best places to see cool lectures
New York's best gardens

   **The best of NYC**
Remind yourself why this is
the greatest city in the world
by experiencing the best of
it.

   **Best of NYC
Foursquare
leaderboard**
Find out how to earn
TONY's new badge!

November 2, 2011

Comment   Email   Share on   StumbleUpon   Digg   Print

### Also check out

      

Food porn: #100best   NYC Rock 2011: The top   Best neighborhood for...
dishes and drinks 2011   25 New York City bands

### Most popular in Things to Do
Viewed | Shared | Commented

1. Top temp agencies in New York City
2. Free things to do in New York City
3. Best of NYC
4. NSFW photos: Halloween parties at Webster Hall, the Rocky Horror Show 35th Anniversary and more
5. Photos: The 39th Annual Village Halloween Parade
6. 101 things to do in New York City in the winter
7. Photos: Webster Hall (NSFW)
8. Halloween photos
9. 101 things to do in New York City in the fall
10. The best of NYC 2011

outerwear, like a tribal-print wrap coat ($145) and carryalls such as woven leather cross-body bags ($78). The shop's best offerings, however, are ladylike dresses: Wrap yourself in a multicolor splattered sleeveless silk frock ($68) or a rosette-bedecked shift ($80), and bring on the compliments. *160 Franklin St between Greenpoint Ave and Kent St, Greenpoint, Brooklyn (718-389-4049, dalagenyc.com)*

**Place to hang out with cute lesbians:** Cubbyhole
Ladies come from all over town—and the 'burbs—to meet, drink and be merry at this aptly named, cozy lesbian bar (though you'll always find at least a few boys in the mix). There's no attitude here, just lots of paper lanterns and holiday decorations, so strike up a conversation with the sexy lady at the jukebox. You might get lucky—or at least make a new friend. *281 W 12th St at 4th St (212-243-9041, cubbyholebar.com)*

**...and cute gay boys:** Nowhere
This East Village dive is one of the more friendly homo haunts in town; when you feel like chatting up new folks (not standing in a stranger-blocking circle with your pals), it's a reliably good bet. While you're likely to find cuties here most nights, Damian Cote's long-running Buddies party every Tuesday is especially packed with adorable East Village and Brooklyn boys. *322 E 14th St between First and Second Aves (212-477-4744).*

**Naughtiest burlesque show:** 'BadAss! Burlesque
The performances at this bimonthly revue aren't the playful, teasing kind; they're perverse and raunchy, catering to a crowd that skews toward dreadlocked rockers. If you've ever wanted to see Audrey Hepburn pulling a long string of pearls from her unmentionables, then this is the show for you. Impresario Velocity Chyaldd's band, Vulgaras, often opens each event, setting the tone with mournful torch songs. Look for familiar faces from other NYC burly-Q stages, like Gal Friday and Jo Boobs, who put provocative twists on their established acts. *Theater 80, 80 St. Marks Pl between First and Second Aves (212-388-0388, badassburlesque.com). Dec 17 11pm–3am; $15.*

**Spot to discover the next band of the moment:** Glasslands Gallery
This Williamsburg space has an amazing track record for booking hyped (or soon to be hyped) indie-rock acts. Earlier this year, glam purveyors the Smith Westerns and '90s revivalists Yuck played here before exploding onto the blogosphere and headlining much bigger venues. Glasslands is the ideal place to attain the you-saw-them-when cred—and the DIY decor gives every show the air of a stumbled-upon loft party. *289 Kent Ave between South 1st and 2nd Sts, Williamsburg, Brooklyn (718-599-1450, glasslands.blogspot.com)*

**Place to gawk at priceless art:** The Metropolitan Museum of Art
You need more than just 24 hours to fully explore the masterworks on display at this venerable institution: The Met's collection is seemingly endless, spanning creepy Egyptian tombs to the shimmering Impressionist paintings to an unparalleled costume collection. During the summer, the Iris and B. Gerald Cantor Roof Garden features a contemporary sculpture exhibit—and doubles as one of NYC's best rooftop bars. *1000 Fifth Ave at 82nd St (212-535-7710, metmuseum.org). Tue–Thu, Sun 9:30am–5:30pm; Fri, Sat 9:30am–9pm. Suggested donation $25, seniors $17, students $12, members and children under 12 free.*

**Retro party:** Dances of Vice
Nightlife queen Shien Lee broke out of DofV's early Prohibition-era mold and now throws the most creatively themed parties in town, mixing the Baroque with futurism, Dadaism, literary references and the occasional nod to *Back to the Future*. Regulars impress with intricate costumes, but those who show up in sophisticated civvies won't be given a hard time at the door. Regardless of the theme, expect burlesque or circus acts and live music, often in grand spaces like Morningside Castle. After a busy October, the party goes on hiatus until the end of the year, but check out Lee's monthly party, Disko Nouveaux, at Le Poisson Rouge *(158 Bleecker St at Thompson St; 212-505-3474, lepoissonrouge.com; Nov 12 10pm–4am; $5)*, a less extravagant, more intimate, new-romantic-goth twist on the DofV recipe. *Next event: The Moonlight Circus on Dec 30. Riverside Church, 490 Riverside Dr between 120th and 122nd Sts (dancesofvice.com). 7pm–midnight; $25.*

**Ballet company:** New York City Ballet
Choosing between NYCB and American Ballet Theatre, NYC's two major ballet players, is a bit like splitting hairs. But if you were to twist our arm, we'd have to say the company with repertory works by George Balanchine and Jerome Robbins and ballerinas Wendy Whelan and Sara Mearns takes it by a whisker, despite Alexei Ratmansky's presence at ABT. Your next chance to see the company in action is the sumptuous production of Balanchine's *The Nutcracker* (Nov 25–Dec 31). *20 Lincoln Center Plaza at 63rd St (nycballet.com)*

1 2 3 4 5 next

November 2, 2011

Comment   Email   Share on   StumbleUpon   Digg   Print

Next:
Best of NYC Foursquare leaderboard

## Comments

There are no comments

### Also check out



OLIVIA STORED 40 TONS OF FOOD IN THE FREEZER.

She took out her credit card and made a donation. Which paid for the freezer that stores the food that feeds people in need all over New York City. To do what Olivia did, click.

CITY HARVEST
cityharvest.org

 Time Out New York on Facebook
Like

95,732 people like Time Out New York.



Facebook social plugin

SPONSORED

Time Out Worldwide   New York Kids   Boston   Chicago   Travel   Book store

Subscribe

# ATTACHMENT 2



HOT TOPICS  Thanksgiving   New York Comedy Festival   DOC film fest
Five things to do today   Best free events

**Things to Do**   **Arts + Culture**   **Music + Nightlife**   **Restaurants + Bars**   **Shopping + Style**   **Sex + Dating**

Find an event  | All events |   | All times |  | Any neighborhood |

# Things to Do

Today's weather    57°

Best of NYC

Go to: | Select Article |

Next:
Best of NYC Foursquare leaderboard

**8 FREE ISSUES** SUBSCRIBE NOW! 

## The best of NYC 2011

Remind yourself why this is the greatest city in the world by experiencing the best of it. We've rounded up 60 of our favorite venues and events, ranging from arts and culture to booze and sex. Grab your friends; you'll want to visit—or revisit—everything here. *Edited by Sharon Steel*



**Categories**
Arts + Culture, Restaurants & Bars, Shopping & Style, Music + Nightlife, Things to do

**Good For**
Classic New York

46

Like   1k

1

### The Lists
Best free museums
Best karaoke
Best bowling alleys
Best flea markets
Best game nights
Best places to hang out outdoors
Best places to see cool lectures
New York's best gardens

Best place to dance your heart out: 718 Sessions

**Place to dance your heart out:** 718 Sessions
Still packing the dance floor after nine years, this monthly Sunday tea party's roots go deep, with a vibe (and a crowd) that harks back to the scene-starting, dance-all-night '70s club Paradise Garage. That means this isn't the place to shake your inebriated ass, but you can still break out your best moves to Danny Krivit's selection of soulful house and classics. The party gets going as soon as the doors open (encouraged by a serious early-bird discount), and revelers ride a natural high till the last track. *Santos Party House, 96 Lafayette St at Walker St (212-714-4646, santospartyhouse.com). 6pm—midnight; $20, with flyer or membership card $12, first 100 people before 7pm $5.*

**Place to find your inner Zen:** Brooklyn Botanic Garden
This Brooklyn oasis boasts relaxed, peaceful grounds ideal for quiet contemplation. Claim a spot near the serene Japanese Hill-and-Pond Garden, surrounded by Japanese myrtle and cypress trees, and bliss out. *Enter on Eastern Pkwy between Underhill and Washington Aves, Prospect Heights, Brooklyn (718-623-7200, bbg.org). Tue—Fri 8am—6pm; Sat, Sun 10am—6pm. Beginning Tue 8: Tue—Fri 8am—4:30pm; Sat, Sun 10am—4:30pm. $10, seniors and students $5, children under 12 free.*

**Store for upgrading your wardrobe on the cheap:** Dalaga
This elegant Greenpoint gem, owned by sisters Michelle and Mary Mangilliman, houses stylish clothing and accessories that will refresh your closet without emptying your bank account. Black suede lace-up boots ($115) offer year-round appeal; we also love the unique

### Most popular in Things to Do

Viewed | Shared | Commented

1. Top temp agencies in New York City
2. Free things to do in New York City
3. Best of NYC
4. NSFW photos: Halloween parties at Webster Hall, the Rocky Horror Show 35th Anniversary and more
5. Photos: The 39th Annual Village Halloween Parade
6. 101 things to do in New York City in the winter
7. Photos: Webster Hall (NSFW)
8. Halloween photos
9. 101 things to do in New York City in the fall
10. The best of NYC 2011

Time Out Worldwide   New York Kids   Boston   Chicago   Travel   Book store          Subscribe   **ATTACHMENT 3**



chico'sFAS

▸ **Seasonal Part T...**
POSITION OBJECTIVE: The Sales Associate is pr...
Mesa, AZ

▸ **Continuous**
The continuous auditor wil...
CVS Caremark
Scottsdale, AZ

Bargual Center Sales and...
CenturyLink
Phoenix, AZ

HOT TOPICS   Thanksgiving   New York Comedy Festival   Q&A: Common
Five things to do today   Free things to do today

**Things to Do**   **Arts + Culture**   **Music + Nightlife**   **Restaurants + Bars**   **Shopping + Style**   **Sex + Dating**

Find an event | All events | All times | Any neighborhood |

# Things to Do

Today's weather  61°

Best of NYC                                            Go to: Select Article

Previous:
The best of NYC



TONY
**Best of NYC Foursquare leaderboard**
**Earn your King of New York badge by following** *TONY* **on Foursquare and checking in to our picks on
the** Best of NYC **list. Mark a tip as done and you'll get a point on our leaderboard!**

We'll pay fealty by featuring the three people with the most points in the magazine each week. Check the leaderboard for the top contenders and find out where you rank by searching with your Twitter handle in the Find me box below. (Your Twitter and Foursquare accounts must be linked. How to do that.) Remember, to make it onto our leaderboard, you need to follow *TONY* on Foursquare and mark a tip on our Best of NYC list as done. Now go get 'em, tiger!

Flying under the radar? We get it. E-mail foursquare@timeoutny.com to make sure you're not featured in print.

1

Categories
Things to Do

11

Like  27

2

## The Lists
**Best free museums**
**Best karaoke**
**Best bowling alleys**
**Best flea markets**
**Best game nights**
**Best places to hang out outdoors**
**Best places to see cool lectures**
**New York's best gardens**


Suzan
43 tips completed.

2

AshDay S
39 tips completed.

3


Chris S
39 tips completed.

4

## Most popular in Things to Do
Viewed   Shared   Commented

1. Top temp agencies in New York City
2. Free things to do in New York City
3. Best of NYC
4. NSFW photos: Halloween parties at Webster Hall, the Rocky Horror Show 35th Anniversary and more
5. Photos: The 39th Annual Village Halloween Parade
6. 101 things to do in New York City in the winter
7. Photos: Webster Hall (NSFW)
8. Halloween photos
9. 101 things to do in New York City in the fall
10. The best of NYC 2011


Todd F
36 tips completed.

5