**JUDGE BATTS**

**11 CIV 8245**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
VILLAGE VOICE MEDIA HOLDNGS, LLC and :
VILLAGE VOICE, LLC, :
:
:
Plaintiffs, :
: Index No.
:
- against - : RULE 7.1 STATEMENT
:
:
TIME OUT NEW YORK LIMITED and TIME OUT :
AMERICA LLC, :
:
Defendants. :
------------------------------------------------------------------x

Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for Village Voice, LLC. (a private non-governmental party), certifies that the following are corporate parents, affiliates and or subsidiaries of said party, which are publicly held.

**None.**

Date:  New York, New York
       November 15, 2011

THE SERBAGI LAW FIRM, P.C.

By: _____
Christopher Serbagi, Esq.
David Marcus, Esq.
488 Madison Avenue Suite 1120
New York, New York 10022
Tel: (212) 593-2112
Fax: (212) 308-8582

Attorneys for Plaintiff Village Voice Media
Holdings, LLC and Village Voice, LLC